1983 Civil Suit Defendants

Plaintiff

Kahlil Hill

VS.

The New York City Department of Human Resources Administration Department of Social Services and Employees of the latter as follows: Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007

**Defendant 1.**

New York City Human Resources Administration Department of Social Services

Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007

**Defendant 2.**

Chanderdat, Badge No. 522 - Human Resource Administration Police Sargent

Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007

**Defendant 3.**

Selles, Badge No. 1946 Human Resources Administration Police Officer

Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007

**Defendant 4.**

Roberts, Badge No. 1882 Human Resources Administration Police Officer

Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007

Defendant 5.

Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007

Sargent, Jane Doe Badge No. And Name refused

Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007

Filings

FOIL Request #24-531 Human resources administration

**557705-GFH Department of Justice complaint number**

1983 Civil Suit Defendants