### Plaintiff

Kahlil Hill

VS

### Defendants

**Defendant 1.**

The New York City Department of Human Resources Administration Department of Social Services and as follows: **Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007**

*Defendant 2. Chanderdat, Badge No. 522 -* **Human Resource Administration Police Sargent. Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007**

*Defendant 3. Selles, Badge No. 1946* **Human Resources Administration Police Officer Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007**

*Defendant 4. Roberts, Badge No. 1882* **Human Resources Administration Police Officer Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007**

*Defendant 5. Sargent, Jane Doe Badge No.* **And Name refused and unk. Human Resources Administration Police Sargent. Address: City of New York Corporation Counsel, 100 Church St., 5 Fl New York NY 10007**

**For the Sake of this document the above-named defendants can be referred to by their corresponding number above, throughout the claim documents.**

### Location Of incident:

The incident in this claim has taken place at the public waiting area and where I was detained in a private room On December 6th, 2024 at Approximately 2:40 PM- 4:00 PM at the HRA Benefits Access Center Jamaica. Address:165-08 88th Avenue, Queens, NY 11432 Phone: 718-523-2146 | 718-883-8250

### Statement of claim

**State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more**

**than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.**

**Please see attached Kahlil Vs HRA detail of claim**

### 1. First Amendment Violated

Defendants using the state of the law is enforcing a policy which infringed on the plaintiffs' First Amendment right to freedom of press. The Plaintiff was attempting to record Ms. T. Robles a case Manager at the Human Resources Center 54 building while she was in the public waiting area of the Center when the plaintiff was aggressively approached by Human Resources Administration Police Officers and a Human resource Administration Sargent demanding that she stop recording in the area. Officer A. jumped in front of the plaintiff's camera demanding she turn it off. The Officers used excessive force of power pushing the plaintiff, and detaining her in handcuffs. Officer A along with Officer B grabbed the plaintiff and put the plaintiff in hand cuffs while Officer C ripped her phone from her hand in an attempt to erase the video. There is video proof of this interaction.

### 2. Fourth Amendment

The New York City of Human Resources Administration Department Police Officer C. Acting under the color of the New York City Department of Human Resource Administration violated the plaintiff 4th Amendment rights by conspiring with officer B, C and D to violate the plaintiffs' first Amendment Right. At the same time while handcuffed officer C. forcibly removed the plaintiff cellular phone from my hands injuring and spraining the plaintiff left wrist and shoulder. Officer C. further violated the plaintiffs; Fourth Amendment right by forcibly removing her purse from her hands and searching it for identification without probable cause of the plaintiff committing a crime. The Jane Doe Sargent also conspired to the illegal search and seizure with officer B. by confirming with officer B. that the search was done. Officer D. asked Office B "did she search the plaintiff and pat her down" in which Officer B. Said yes.

### 3. Fifth Amendment

The New York City of Human Resources Administration Department Police Officer D. while handcuffed illegally seize the plaintiff's phone and purse and retrieved an id card from the purse. Office D. Searched the plaintiff s' purse and also attempted to remove video from the plaintiffs' phone.

### 4. Eighth Amendment

During the illegal detainment The New York City of Human Resources Administrations Department Police Officer B. called the plaintiff crazy was pushed by officer C while handcuffed and was handcuffed for an hour, embarrassed and humiliated which is a cruel punishment for recording in a public space.

### 5. Fourteenth Amendment

The New York City of Human Resources Administration Department Police Officers A, B and C conspired together in the illegal detainment of the Plaintiff for exercising The First Amendment Right. Officer A, B and C was involved in detaining the plaintiff. Officer A and B grabbed the plaintiff while at the same time officer C ripped and twisted the plaintiff cellphone from her hands and attempted to erase the video.