**Plaintiff Request for Relief**

**Kahlil Vs The New York City Human Resources Administration Department of social Services** Pro Se Intake Unit 500 Pearl Street, Room 205 New York, NY 10007

**Compensatory: $50,000**

**Punitive $250,000**

**Injunction: Training and ensure the policy is discontinued throughout the department.**

The plaintiff is requesting $50,000 for the Rights violated by the Department employees acting under the Statue of the state Human Resource Administration Department of Social Services and $50,000x4 which represents each defendant employee who conspired under the color of The NYC Human Resource Administration Department of Social Services to violate several of the plaintiffs' Civil Rights. One additional $50,000 for the physical, emotional and mental anguish caused by the specific actions of Roberts, Badge No. 1882. The total compensation requested to satisfy the plaintiff and provide adequate relief is $300,000. Details are as follow.

**Defendant 1**. Human Resource Administration Conspiracy to enforce Policy which infringes upon four of the plaintiffs' Civil Rights $50,000 employees conspired to violate Plaintiff, First, Fourth, Eighth and Fourteenth amendment rights detailed in the attached complaint.

**Defendant 2.** Sergeant  Chanderdat, Badge No. 522 Human resources Administrative Police officer acting under the color of the department – compensation request $50,000 conspired to violate Plaintiff, first, Fourth, Eighth and fourteenth amendment rights detailed in the attached complaint.

**Defendant 3**. Selles Badge No. 1946 Human resources Administrative Police officer acting under the color of the department – compensation request $50,000 conspired to violate Plaintiff, first, Fourth, Eighth and fourteenth amendment rights detailed in the attached complaint.

**Defendant 4.**  Roberts, Badge No. 1882 Human resources Administrative Police officer acting under the color of the department – compensation request $100,000 conspired to violate Plaintiff, first, Fourth, Eighth and fourteenth amendment rights detailed in the attached complaint.

**Defendant 5.**  Female Seargeant Jane Doe Unknown Badge number. Human Resources Administrative Police officer acting under the color of the department in conspiracy to violate Fourt Amendment – compensation request $50,000 conspired to violate Plaintiff, first, Fourth, Eighth and Fourteenth Amendment Rights detailed in the attached complaint.

**All Defendants should be retrained to include civil right information and false arrest information.**